# MARK S. WALLACH
### Trustee in Bankruptcy

*Receipt # 11090553*
*total $1,537.20*
*9/13/10*

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

September 9, 2010

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

                    Re:    Brenda Fuentes
                           BK NO. 03-11137B

Dear Sir or Madam:

    I have stopped payment on the following dividend checks issued in the above-captioned case:

    Claim No. 5 - Check No. 10111 dated May 4, 2010 made payable to Citibank (N.Y.S.), P.O. Box 22749, Rochester, NY, 14692 for $1,100.00.

    Claim No. 8 - Check No. 10114 dated May 4, 2010 made payable to Retailers National Bank, P.O. Box 59231, Minneapolis, MN, 55459 for $400.00.

    Claim No. 8I - Check No. 10139 dated May 4, 2010 made payable to Retailers National Bank, P.O. Box 59231, Minneapolis, MN, 55459 for $37.20.

    Dividend checks mailed to record address - checks remain uncashed.

    I am herewith enclosing my Trustee check payable to the Clerk of the U.S. Bankruptcy Court for the sum of $1,537.20 representing the aggregate of the two checks specified hereinabove.

    Should you have any questions, please contact the undersigned.

                                           Very truly yours,

                                      BY:             
                                             Mark S. Wallach, Trustee

MSW:sn
Enclosure



FILED SEP 13 2010 BANKRUPTCY COURT BUFFALO, N.Y.